# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  March 05, 2026

Ms. Allison L. Bussell
The Metropolitan Government of Nashville & Davidson County
Department of Law
P.O. Box 196300
Nashville, TN 37219-6300

Mr. Andrew Dylan Denning
Office of the Attorney General
Of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Paul R. McAdoo
Reporters Commitee for Freedom of the Press
6688 Nolensville Road
Suite 108-120
Brentwood, TN 37027

  Re:  Case No. 26-5182
   *Gannett Company, Inc., et al v. Jeff Long, et al*
   Originating Case No. 3:25-cv-00830

Dear Counsel,

 This appeal has been docketed as case number **26-5182** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **March 19, 2026**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Kelly Stephens

Appeal Case Manager: Michelle
Direct Dial No. 513-564-7035

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5182**

GANNETT COMPANY, INC.; GRAY LOCAL, MEDIA, INC.; NASHVILLE PUBLIC
MEDIA, INC, dba Nashville Banner Publishing Company; NEXSTAR MEDIA GROUP, INC.;
SCRIPPS MEDIA, INC.; STATES NEWSROOM, dba Tennessee Lookout; TEGNA, INC.

       Plaintiffs - Appellants

v.

JEFF LONG, in his official capacity as Commissioner of the Tennessee Department of Safety
and Homeland Security; GLENN R. FUNK, in his official capacity as District Attorney General
for Nashville & Davidson County, Tennessee; JOHN DRAKE, in his official capacity as Chief
of Metropolitan Nashville Police Department

       Defendants - Appellees