United States Court of Appeals for the Sixth Circuit

# Argument Acknowledgment

1. Sixth Circuit Case No(s): 26-5182

2. Case Caption (Short Title): Gannett Company Inc., et al. v. Jeff Long, et al.

3. Argument is scheduled for 9:00 a.m. *(time)* on Wednesday, October 21, 2026 *(day, date)* and will be held:

☑ Live (In Person) ☐ by Video ☐ by Telephone

4. I, Gabriel Krimm, will be presenting argument on behalf of:

☐ Appellant / Petitioner ☐ Amicus Curiae ☐ Other (please specify below): ________

☑ Appellee / Respondent ☐ Intervenor

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: ________

5. Party Name(s):

-Jeff Long, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security
-Glenn R. Funk, in his official capacity as District Attorney General for Nashville and Davidson County, Tennessee

6. Minutes reserved for rebuttal (appellant / petitioner only): n/a (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: 2

B. Total number of minutes (in whole minutes only) to be shared: 15

C. Your arguing sequence (e.g., 1st, 2nd, etc.): 1st

D. Your assigned minutes (in whole minutes only): 10

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*