# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 26-5182

2. Case Caption (Short Title): Gannett Company, Inc. et al. v. Jeff Long, et al.

3. Argument is scheduled for *(time)* 9:00AM on *(day, date)* Wednesday, October 21, 2026 and will be held:

   ☑ Live (In Person) ☐ by Video ☐ by Telephone

4. I, Grayson Clary, will be presenting argument on behalf of:

   ☑ Appellant / Petitioner ☐ Amicus Curiae ☐ Other (please specify below): ____________

   ☐ Appellee / Respondent ☐ Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: ____________

5. Party Name(s): Gannett Company, Inc; Gray Local Media, Inc.; Nashville Public Media, Inc.; Nexstar Media Group, Inc.; Scripps Media, Inc.; States Newsroom; TEGNA Inc.

6. Minutes reserved for rebuttal (appellant / petitioner only): 3 (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: N/A

   B. Total number of minutes (in whole minutes only) to be shared: ____

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____

   D. Your assigned minutes (in whole minutes only): ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*