UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 26-5182

GANNETT COMPANY, INC., et al.,

Plaintiffs - Appellants,

v.

JEFF LONG, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security, et al.,

Defendants - Appellees.

**FILED**
Nov 10, 2026
KELLY L. STEPHENS, Clerk

Before: KETHLEDGE, Chief Judge; COLE and MATHIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's February 18, 2026, order denying the plaintiffs' motion for a preliminary injunction is VACATED, and the case is REMANDED for proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk