**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 10, 2026

Ms. Allison L. Bussell
Mr. Peter Gregory Vizcarrondo
The Metropolitan Government of Nashville & Davidson County
Department of Law
P.O. Box 196300
Nashville, TN 37219-6300

Mr. Grayson Clary
The Reporters Committee for Freedom of the Press
1156 15th Street, N.W.
Suite 1020
Washington, DC 20005

Mr. Gabriel Krimm
Office of the Attorney General of Tennessee
500 Dr. Martin L. King Jr. Boulevard, Suite 3214
Nashville, TN 37243

Mr. Paul R. McAdoo
Reporters Commitee for Freedom of the Press
6688 Nolensville Road, Suite 108-120
Brentwood, TN 37027

Re: Case No. 26-5182, *Gannett Company, Inc., et al v. Jeff Long, et al*
Originating Case No. 3:25-cv-00830

Dear Counsel,

The Court issued the enclosed opinion today in this case.

Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Ms. Vicki R Kinkade

Enclosures

Mandate to issue